February 5, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

NANNETTE DULCIE, Appellant

NO. 14-14-00230-CV                    V.

GUARDIAN TRANSFER STORAGE CO., INC., Appellee

_____

This cause, an appeal from the judgment signed February 4, 2014 in favor of appellant Nannette Dulcie, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Nannette Dulcie to pay all costs incurred in this appeal.

We further order this decision certified below for observance.